**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CRIMINAL NO. 07-30039-01-GPM |
| QUINN R. TURNER, | ) ) ) |
| Defendant. | ) |

# ORDER FINDING NO THIRD PARTY INTERESTS
# (FINAL ORDER OF FORFEITURE)

**MURPHY, District Judge:**

On September 10, 2007, this Court entered an Order for Forfeiture (*see* Doc. 32) against Defendant Quinn R. Turner for the following property which had been seized from him:

**One Sturm, Ruger & Co., Inc., Model P89, 9mm Luger caliber semiautomatic pistol, bearing serial number 313-62181.**

The Order provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1). Notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning January 22, 2009, and ending February 20, 2009. No third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order for Forfeiture, namely:

**One Sturm, Ruger & Co., Inc., Model P89, 9mm Luger caliber semiautomatic pistol, bearing serial number 313-62181.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

DATED: 7/1/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge
